UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       15-cv-379 (PKC)

      -against-                                          ORDER

VICTOR HUGO DIAZ MORALES,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        On September 15, 2025, defendant filed a motion to file under seal his sentencing memorandum and annexed a copy of that memorandum. (ECF 863.) In a September 15, 2025 email sent to the Chambers Inbox, Matthew Russell Lee of the Inner City Press asks the Court "to unseal the sentencing memo and exhibits," citing <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110, 119 (2d Cir. 2006).

        The Court has not finally ruled on the motion to seal defendant's sentencing memorandum and any exhibits. Consistent with <u>United States v. Greenwood</u>, 145 F.4th 248 (2d Cir. 2025), counsel for defendant shall email to the Chambers email address within 14 days a proposed redacted version of defendant's sentencing memorandum and any exhibits, together with a statement of reasons, with copy to the government. The government shall respond five days thereafter.

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
September 15, 2025