# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

### CASE NO. 15-379-01 (PKC)

UNITED STATES OF AMERICA

V

VICTOR HUGO DIAZ MORALES

### ORDER

~~This matter having come on to be heard on Defendant's Motion to Seal Defendant's Sentence~~

~~Memorandum and accompanying Sentence Memorandum, and having been duly advised in the~~

~~premises, it is hereby~~

*Submit unredacted version to Chambers via chambers email and file a redacted version on the public docket.*

~~Ordered and Adjudged the Motion is Granted/Denied~~

*ECF 862 and 863 should be terminated.*

SO, ORDERED

_____

P. KEVIN CASTEL

District Court Judge

*9-25-25*

Case 1:15-cr-00379-PKC    Document 863-1    Filed 09/15/25    Page 2 of 2