UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO 15-CR379(1)

UNITED STATES OF AMERICA

V

VICTOR DIAZ MORALES

### ORDER

This matter came on to be heard on Defendant's Motion to File Proposed Order the Marshall Service be directed to transport the Defendant from Hudson County Detention to EWR International Airport to board a direct flight to Guatemala and being duly advised in the premises it is hereby Ordered the Motion to File Under Seal is

GRANTED/DENIED

**DONE AND ORDERED** this _____ day of _____.2025

_____

Honorable Kevin Castel

District Court Judge