

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 6, 2025

**By Email**
**Request To Be Filed Under Seal**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

[Handwritten annotation: The Clerk shall terminate ECF 868.]

[Handwritten annotation: Motion at ECF 868-1 Denied as moot. Motion at ECF 868-2 is denied because defendant has testified in open court. Sealing of the government's letter of November 6, 2025 is DENIED. SO ORDERED. /s/ P. Kevin Castel USDJ 11.13.25]

Re: **United States v. Victor Hugo Diaz Morales**, S1 15 Cr. 379 (PKC)

Dear Judge Castel:

The Government respectfully writes to update the Court on the above-referenced matter and in response to the Court's sealed October 31, 2025 Order.

The defendant had requested from the Court an order for the United States Marshals Service ("USMS") to transport the defendant from the Hudson County detention facility, where he was previously incarcerated, to Newark Airport, to board a flight to Guatemala so that he could ostensibly "self deport" after his incarceration was completed. The USMS had informed the Government that it was not in a position to effectuate that request given, in part, that the defendant had an immigration detainer in place that would first need to be adjudicated. The Government has since learned that earlier this week, immigration authorities took custody of the defendant when it was determined that he had otherwise completed the sentence imposed by the Court. The Government has confirmed that the USMS has conveyed to immigration authorities the sensitivities associated with the defendant's cooperation and attendant safety concerns while he is in custody, and the Government has conveyed this update to defense counsel, as well. The Government understands that the defendant will now be placed in removal proceedings pending further action from the defendant in connection with that process.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/
Jacob H. Gutwillig
David J. Robles
Jason A. Richman
Assistant United States Attorneys
(212) 637-2215 / -2550 / -2589

cc: Scott Kalisch, Esq.